UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-158-4-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BRIAN KEITH LUCAS, | ) | |
| Defendant. | ) | |

This court's order of September 17, 2010 [DE-207] hereby is WITHDRAWN and the following entered in its place:

Having filed on the defendant's behalf a Notice of Appeal [DE-205], Mr. Wilkinson's Motion to Withdraw as Counsel [DE-206] is ALLOWED. The Fourth Circuit Court of Appeals has appointed counsel to represent the defendant on appeal [DE-211].

SO ORDERED.

This, the 24th day of September, 2010.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge