UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

Docket No. 5:09-CR-158-2F
Docket No. 5:09-CR-158-3F
Docket No. 5:09-CR-158-5F
Docket No. 5:09-CR-158-6F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| VERNON LEE ATKINSON | ) | |
| JERRY BARNES | ) | |
| BRIAN KEITH LUCAS | ) | |
| MARCUS ANTWAN WILEY | ) | |
| Defendants. | ) | |

For good cause shown, the restitution order for each defendant shall be modified as follows:

Each defendant is ordered to make restitution in the amount of $18,450.72 to BB&T, P.O. Box 1220, Mail Code 001-93-01-20, Winston-Salem, NC 27102-1220 (Attention Restitution Clerk). The amount of loss shall not bear interest.

The defendants shall be jointly and severally liable with each other for the full amount of the victim's losses except that no further payments shall be required after the sum of the amounts paid by all defendants has fully covered all compensable victim injuries.

In the event Anthony Ray Atkins (5:09-CR-158-2F) is ordered to pay restitution to the victim, his obligation shall be joint and several with each named defendant.

The defendants shall abide by the restitution payment schedules as previously set forth in their respective judgments. Any reference to joint and several liability for this restitution by codefendant Matthew Farr (5:09-CR-158-4F) shall be removed from each defendant's judgment.

This 15th day of October 2010.

James C. Fox
Senior U.S. District Court Judge