THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-158-F-5

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRIAN KEITH LUCAS | ) | |

Upon motion of the defendant and for good cause shown, it is hereby ORDERED that the court release to defendant's new counsel, Jorgelina E. Araneda, representing him in his appeal to the Fourth Circuit Court of Appeals, the records in his motion and therefore his motion is ALLOWED. This includes the release of the following records: (1) statement of reasons; (2) psychological evaluation of October 28, 2009; (3) psychological evaluation of March 19, 2010; and (4) any other psychological/psychiatric/mental evaluations conducted on Lucas that are not mentioned in his motion.

This the 10th day of August, 2011.

James C. Fox
U.S. District Senior Judge