UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-158-1F
NO. 5:09-CR-158-2F
NO. 5:09-CR-158-3F
NO. 5:09-CR-158-4F
NO. 5:09-CR-158-5F
NO. 5:09-CR-158-6F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO DESTROY |
| V. ) | EVIDENCE |
| ) | |
| ANTHONY RAY ATKINSON ) | |
| VERNON LEE ATKINSON, JR. ) | |
| a/k/a "BJ ) | |
| JERRY BARNES ) | |
| MATTHEW FARR ) | |
| BRIAN KEITH LUCAS ) | |
| MARCUS ANTWAN WILEY ) | |

It appearing to the Court that during the investigation of the above-captioned case, one Kimel .22 caliber handgun, serial number E62327, was seized during the investigation and used as evidence.

It further appearing to the Court that this case has been fully adjudicated and the aforementioned item is no longer needed as evidence.

Therefore, it is hereby ordered that the above described item be disposed of, or destroyed by a member of the Federal Bureau of

Investigation in accordance with regulations of the Federal Bureau of Investigations.

This the 21 day of April, 2105.

_____
JAMES C. FOX
Senior United States District Court Judge