IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00158-F-5
No. 5:16-CV-00405-F

| | |
|---|---|
| BRIAN KEITH LUCAS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The court is in receipt of Brian Keith Lucas's Motion Under § 2255 to Vacate, Set Aside, or Correct Sentence [DE-309, -315].[1] Lucas's § 2255 motion contains no argument and merely refers to a memorandum. The court has not received a memorandum from Lucas. Within twenty (20) days hereof, Lucas is DIRECTED to file his memorandum with the court. Upon receipt of the memorandum, the court will examine Lucas's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings.

SO ORDERED.

This 7th day of July, 2016.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Lucas's initial attempt to initiate a claim for relief under 28 U.S.C. § 2255 was a non-conforming document [DE-309], which was filed on June 16, 2016. At the court's direction, Lucas filed a "conforming" motion [DE-315] on July 6, 2016.